IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| ALEXIS RODRIGUEZ, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | CAUSE NO. EP-25-CV-240-KC |
| HIRERIGHT, LLC, | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion for Voluntary Dismissal ("Motion"), ECF No. 2. Defendant has not filed an answer or a motion for summary judgment. Thus, upon due consideration, the Motion is **GRANTED**. In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the terms of Plaintiff's Motion, all claims against Defendant are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 3rd day of July, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE